■ In the Matter of ALVIN A. RIVERS, JR., et al., Commissioner of Social Services, Respondent, v ALVIN RIVERS, SR., Appellant, and MARY RIVERS, Respondent.—Two orders, Family Court of the State of New York, Bronx County (Donald Mohr, J.), both entered on November 15, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Lynch, Milonas and Ellerin, JJ.